In the Matter of 1070 PARK AVENUE CORPORATION et al., Appellants, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents.

Argued January 19, 1953; decided March 6, 1953.

582

*Robert S. Fougner* for 1070 Park Avenue Corporation and others, appellants.

*Beatrice Shainswit* and *Robert H. Schaffer* for Joseph D. McGoldrick, as State Rent Administrator, respondent.

*Julius R. Oltarsh,* in person, and *David M. Palley* for Julius R. Oltarsh and others, respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.